PER CURIAM.
Affirmed. Fisher v. Shenandoah General Construction Co., 472 So.2d 871 (Fla. 4th DCA 1985); Schwartz v. Zippy Mart, Inc., 470 So.2d 720 (Fla. 1st DCA 1985); Brown v. Winn-Dixie Montgomery, Inc., 469 So.2d 155 (Fla. 1st DCA 1985); Chorak v. Naughton, 409 So.2d 35 (Fla. 2d DCA 1982); Mercier v. Meade, 384 So.2d 262 (Fla. 4th DCA 1980); Horn v. I.B.I. Security Service of Florida, Inc., 317 So.2d 444 *930 (Fla. 4th DCA 1975), cert. denied, 333 So.2d 463 (Fla.1976); Acosta v. Daughtry, 268 So.2d 416 (Fla. 3d DCA 1972), cert. denied, 277 So.2d 788 (Fla.1973); Brien v. 18925 Collins Avenue Corp., 233 So.2d 847 (Fla. 3d DCA 1970).